**EXHIBIT C TO SC LBR 3015-2**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| IN RE: | |
|---|---|
| **Jeffrey H Wilner** | CASE NO: **14-06227**<br>CHAPTER: **13**<br><br>AMENDMENT TO PARAGRAPH III(A) OF PLAN FOR THE SOLE PURPOSE OF INCREASING PAYMENTS FROM THE DEBTOR TO THE CHAPTER 13 TRUSTEE |
| DEBTOR(S) | |

The debtor[1] in this case has filed and served a NOTICE, CHAPTER 13 PLAN, MOTIONS TO VALUE SECURITY, AVOID JUDICIAL LIEN, AVOID A NONPURCHASE-MONEY, NONPOSSESSORY SECURITY INTEREST AND LIEN, AND/OR TO ASSUME OR REJECT AN EXECUTORY CONTRACT/UNEXPIRED LEASE.  The debtor hereby **moves to modify ONLY paragraph III(A)** of the plan filed on December 11, 2014 as follows:

**III. THE CHAPTER 13 PLAN: PAYMENT OBLIGATIONS OF THE DEBTOR.**

A. Payments from the debtor to the chapter 13 trustee ("the trustee"): The debtor submits to the supervision and control of the trustee all or such portion of future earnings or other future income as is necessary for the execution of the plan. In addition, the debtor will pay to the trustee any portion of a recovery under a pre-petition claim or cause of action that constitutes disposable income or is not exempt.

The debtor shall pay to the trustee the sum of $ __**182.00**__ per month for a period of __**59**__ months, unless all allowed claims (other than long-term claims) are fully paid pursuant to the plan.

The undersigned certifies that this change does not adversely affect the plan treatment of any creditor or party in interest in this matter and requests that this modification be approved upon recommendation of the chapter 13 trustee without further notice or hearing.

| Date: **January 15, 2015** | **/s/ James M Robbins** |
|---|---|
| | Signature of Attorney/*Pro Se* Debtor |
| | **James M Robbins SC#3490/ NC#29413** |
| | Typed Printed Name |
| | **2411 N Oak Street Suite 305E**<br>**Myrtle Beach, SC 29578**<br>**(843)448-7397**<br>**RobbinsLaw@sccoast.net** |
| | Address/Telephone/Facsimile/E-mail |
| | **SC#3490/ NC#29413** |
| | District Court I.D. Number |

---

[1] When used herein, the term "debtor" shall apply as applicable either in the singular or in the plural, if there are joint debtors in the case.